UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TINA LYNNE WAGONER,

                Plaintiff,

    -against-

BHCF,

                Defendant.

20-CV-5775 (CM)

CIVIL JUDGMENT

---

Pursuant to the order issued July 28, 2020, denying Plaintiff's request to proceed *in forma pauperis* (IFP),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's request to proceed IFP is denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

SO ORDERED.

Dated:   July 28, 2020
           New York, New York

*[signature]*

COLLEEN McMAHON
Chief United States District Judge